**ORDERED ACCORDINGLY.**

**Dated: January 28, 2009**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| FULTON HOMES CORPORATION, | Case No. 2:09-bk-01298-GBN |
| Debtor. | |
| Address: 9140 South Kyrene, Suite 202 Tempe, AZ 85284 | |
| Tax EIN: 86-0298641 | |

### ORDER GRANTING EXPEDITED HEARING ON
### DEBTOR'S MOTION FOR ACCELERATED HEARING

THIS MATTER is before the Court on Debtor's Motion for Accelerated Hearing, and

The Court being duly advised,

**IT IS HEREBY ORDERED** that a hearing on Debtor's:

1.      Motion for Order (A) Authorizing the Debtor to Pay Unpaid Pre-Petition Wages, Salaries, and Employee Benefits; and (B) directing All Banks to Honor Pre-Petition Checks for Payment of Such Pre-Petition Claims;

2.      Motion for Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, and (II) Establishing Procedures for Determining Requests for Additional Adequate Assurance; and

2447405.01

3.     Motion for Order: (a) authorizing the Debtor to pay unpaid pre-petition debt to critical vendors; and (b) directing all banks to honor pre-petition checks for payment of such pre-petition claims,

shall be held on the **29th** day of **January, 2009**, at **1:00 p.m.**, in **Courtroom No. 702**, **7th Floor**, U**. S. Bankruptcy Court, 230 North 1st Avenue, Phoenix, Arizona**.

**IT IS FURTHER ORDERED** that Debtor shall immediately provide notice of such hearing to the United States Trustee, the top 20 unsecured debtors, and those who have entered an appearance in the case.

DATED: _____, 2009.


_____
Honorable George B. Nielsen, Jr.