# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FULTON HOMES CORPORATION,<br><br>Debtor.<br><br>Address:   9140 South Kyrene, Suite 202<br>                Tempe, AZ 85284<br><br>Tax EIN:   xx-xxx8641 | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-01298-GBN<br><br>**ORDER SETTING HEARING DATE ON THE DEBTOR'S AMENDED DISCLOSURE STATEMENT** |

**TO:   ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

Debtor's "Amended Disclosure Statement Relating to Second Amended Plan of Reorganization Dated August 21, 2009" ("Amended Disclosure Statement") and Debtor's "Second Amended Chapter 11 Plan of Reorganization Dated August 21, 2009" ("Plan") under Chapter 11 of the Bankruptcy Code having been filed by Fulton Homes Corporation (the "Debtor") on August 21, 2009,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the approval of the Amended Disclosure Statement shall be held at the United States Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom No. 702, at **2:45 p.m. o'clock on the 25th day of September, 2009.** ("Hearing Date").

1

2556592.01

2. The last day for filing with the Court, and serving in accordance with Bankruptcy Rule 3017(a), written objections to the Amended Disclosure Statement is **Friday, September 18, 2009**.

3. Within the time limits imposed by Bankruptcy Rules 2002(b) and 3017(a), the Debtor shall transmit the Amended Disclosure Statement and Plan to any committee appointed pursuant to § 1102; the Securities and Exchange Commission, Attn: Bankruptcy Counsel, 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036-3684, if it has filed a notice of appearance or a request to receive notices; and any party in interest who has requested or requests in writing a copy of the Amended Disclosure Statement and Plan, and shall mail this order to the above parties and to all creditors and other interested parties. The Debtor shall file a certificate or affidavit evidencing such transmission.

4. The Debtor has filed a list of creditors pursuant to Bankruptcy Rule 1007. Unless otherwise previously ordered by the Court, any creditor holding a listed claim which is not listed as disputed, contingent, or unliquidated as to amount, may, but need not, file a Proof of Claim in this case. Notwithstanding any prior orders of this Court, creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount, and who desire to participate in the case or share in any distribution, must file their Proof of Claim prior to the approval of the Amended Disclosure Statement, which date is hereby fixed as the last day for filing a Proof of Claim. Any creditor who desires to rely on this list has the responsibility for determining that he is accurately listed.

5. Requests for copies of the Amended Disclosure Statement and Plan shall be mailed to the Debtor's counsel, Philip R. Rudd, at Polsinelli Shughart P.C., 3636 North Central Avenue, Suite 1200, Phoenix, Arizona 85012.

DATED: _____, 2009.

Honorable George B. Nielsen, Jr.
Judge, U. S. Bankruptcy Court

2556592.01