John J. Hebert (#010633)
Mark W. Roth (#010708)
Philip R. Rudd (#014026)
**POLSINELLI SHUGHART PC**
3636 North Central Avenue, Suite 1200
Phoenix, AZ  85012
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jhebert@polsinelli.com
E-Mail: mroth@polsinelli.com
E-Mail: prudd@polsinelli.com

Attorneys for the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> FULTON HOMES CORPORATION <br><br> Debtor. | Chapter 11 Proceedings <br><br> Case No. 2:09-bk-1298-GBN <br><br> **REPLY IN SUPPORT OF MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD** |

Fulton Homes Corporation ("Fulton Homes" or the "Debtor"), debtor-in-possession in the above-captioned Chapter 11 bankruptcy case, hereby submits its "Reply in Support of Motion to Further Extend Exclusivity Period" ("Reply Regarding Exclusivity Extension") and respectfully requests that the Court grant Fulton Homes' "Motion to Further Extend Exclusivity Period" ("Motion to Further Extend Exclusivity") and extend Fulton Homes' exclusive period (the "Exclusive Period") for confirming a plan of reorganization for at least an additional ninety (90) days.  In support of this Reply Regarding Exclusivity Extension, Fulton Homes states as follows:

Simultaneous with the filing of this Reply, Fulton Homes has filed its highly anticipated "Third Amended Plan of Reorganization" ("Third Amended Plan") which provides for, among other things, ***payment in full of all unsecured claims***, together with a market rate of interest, no later than December 31, 2015.  Additionally, as with Fulton Homes' prior proposed plans, the Third Amended Plan provides for the payment, in full, of all other allowed claims within a reasonable time, and for the continued existence and viability of Fulton Homes as an important part of the

1

2685991.1

Valley community.

The Third Amended Plan—a full payment plan—is the product of Fulton Homes' unparalleled post-petition success in an extremely difficult and volatile market, and demonstrates that, during the course of this case, Fulton Homes has been, and is, an excellent steward of the Debtor's assets for the benefit of its creditors.  Further, the full payment plan is a testament to the efficacy of the plan exclusivity benefits granted to debtors-in-possession.  Indeed, the primary purpose of the automatic stay and the plan exclusivity rights is to provide debtors a breathing spell from the pressures of its creditors—an opportunity to formulate a plan of reorganization that pays creditors to the best of a debtor's ability and that allows a debtor to rehabilitate.  Here, those benefits have worked with resounding success to give Fulton Homes the opportunity to reposition itself in the marketplace, to take advantage of the improvements in the market and, ultimately, to propose a full payment plan.  In essence, the Bankruptcy Code did what it was supposed to do—provide necessary time to the Debtor to allow it to reorganize; and Fulton Homes used that time as it was supposed to—restructure its business operations to maximize returns to creditors and reorganize its financial affairs.

As a consequence of the full payment plan, Fulton Homes will no longer rely upon the new value corollary to satisfy the requirements of the absolute priority rule, because the absolute priority rule is no longer implicated by the Third Amended Plan.  Further, BofA can no longer complain that it will not receive as much as it would if Fulton Homes were liquidated, because BofA will be paid in full, with interest, in a timely manner.  BofA can no longer falsely claim that Fulton Homes' actions in this case are in bad faith, or designed solely for the benefit of Fulton Homes' interest holders, because BofA, and all other creditors, will be paid in full.

Finally, and most importantly for purposes of the Motion to Further Extend Exclusivity, terminating the Debtor's extended exclusivity period at this time and under these circumstances does not benefit the creditors or the estate in any way.  Indeed, the Debtor's "reward" for its successful turnaround and proposed full payment plan should not be a confrontation with a competing liquidating plan.  Rather, such a liquidation plan would merely serve to distract the

2685991.1

Debtor from its operations and its goal of paying all creditors in full. Further, terminating exclusivity is no longer "necessary" (as BofA suggests) to satisfy *LaSalle*'s "market test" of the new value that the Debtor previously proposed to have infused by the Debtor's interest holder to satisfy the absolute priority rule. Now, the absolute priority rule is not implicated and the "new value corollary" is unnecessary.

Accordingly, based on the foregoing and the Debtor's Third Amended Plan, Fulton Homes respectfully requests that the Court grant the Motion to Further Extend Exclusivity to allow Fulton Homes the time necessary to achieve confirmation of its full payment plan without the distraction of a competing liquidation plan.

RESPECTFULLY SUBMITTED this 25th day of May, 2010.

POLSINELLI SHUGHART PC

By: _____
John J. Hebert
Mark W. Roth
Philip R. Rudd
Security Title Plaza
3636 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
*Attorneys for the Debtor*

COPY of the foregoing mailed (or served via electronic notification if indicated by an "*")
on May 25, 2010, to:

| | |
|---|---|
| Elizabeth C. Amorosi<br>U. S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003-1706 | Christopher H Bayley * cbayley@swlaw.com<br>Lori A. Lewis *llewis@swlaw.com<br>SNELL & WILMER<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>*Attorneys for Bank of America N.A. on its own behalf and as Administrative Agent for JPMorgan Chase Bank, N.A., Compass Bank, Guaranty Bank, and Wachovia Bank* |
| Doris J. Doolittle<br>*bankruptcy@pinalcountyaz.gov<br>Pinal County Treasurer<br>P. O. Box 729<br>Florence, AZ 85232<br>*Attorneys for Pinal County* | Madeleine C. Wanslee<br>*mwanslee@gustlaw.com<br>GUST ROSENFELD, P.L.C.<br>201 East Washington, Suite 800<br>Phoenix, AZ 85004-2327<br>*Attorneys for Maricopa County Treasurer* |

3

2685991.1

| | | |
|---|---|---|
| 1 | Nancy J. March *nmarch@dmyl.com<br>DECONCINI MCDONALD YETWIN & LACY, P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, AZ 85716-5300<br>*Attorneys for Blue Cross Blue Shield of Arizona* | GE Money Bank *claims@recoverycorp.com<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida 33131-1605<br>Attn: Ramesh Singh |
| 4 | FENNEMORE CRAIG, PC<br>3003 N Central Ave., Suite 2600<br>Phoenix, AZ 85012-2913 | ARIZONA WHOLESALE SUPPLY<br>PO Box 2979<br>Phoenix, AZ 85062 |
| 6 | CAVANAGH LAW FIRM<br>1850 N Central Ave., Suite 2400<br>Phoenix, AZ 85004 | FIRST CLASS DELIVERY<br>2515 E Thomas Road, Suite 16-734<br>Phoenix, AZ 8506 |
| 8 | INFRASTRUCTURE DYNAMICS<br>2020 S McClintock Drive<br>Suite 109<br>Tempe, AZ 85282 | GE APPLIANCES<br>GE Consumer and Industrial<br>307 N Hurstborne Parkway<br>Louisville, KY 40222 |
| 11 | L.P. RENT-A-FENCE<br>PO Box 519<br>Stanfield, AZ 85272-0519 | MESA LIGHTING & FAN INC.<br>418 E Baseline Road<br>Mesa, AZ 85204 |
| 13 | MOBIL MINI<br>P. O. Box 79149<br>Phoenix, AZ 85062-9149 | TOWN OF QUEEN CREEK<br>22350 S. Ellsworth Road<br>Queen Creek, AZ 85242-9311 |
| 15 | OPTIMUS SURVEY SERVICES<br>4650 E. Cotton Center Blvd, Ste 104<br>Phoenix, AZ 85040-4802 | PERKINSON REPROGRAPHICS<br>2330 W Broadway Rd., Suite 103<br>Mesa, AZ 85202 |
| 17 | PRECISION DRAFTING AND DESIGN<br>3210 N Delaware<br>Chandler, AZ 85225 | S.O.S. EXTERMINATING<br>1240 W San Pedro Street<br>Gilbert, AZ 85233 |
| 19 | PRE PAID LEGAL SERVICES<br>PO Box 2629<br>Ada, OK 74821-9984 | Q-WEST<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 |
| 21 | ROVEY FARMS ESTATES HOMEOWNER'S ASSN.<br>c/o Vision Community Management<br>3941 East Chandler Blvd., #106-117<br>Phoenix, AZ 85048 | PECAN CREEK COMMUNITY ASSN.<br>c/o Laura Ziff<br>7740 North 16th Street, Suite 300<br>Phoenix, AZ 85020 |
| 23 | SCOTT BLUE REPROGRAPHICS<br>133 W. First Ave<br>Mesa, AZ 85210 | ROVEY FARMS ESTATES HOMEOWNER'S ASSN.<br>Ken McCain<br>John Chaix<br>3001 East Camelback Rd., Suite 100<br>Phoenix, AZ 85016 |

By  Cathie Bernales

2685991.1