**ORDERED ACCORDINGLY.**

Dated: June 01, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>FULTON HOMES CORPORATION<br>Debtor. | Chapter 11 Proceedings<br>Case No. 2:09-bk-1298-GBN<br>**ORDER APPROVING MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD** |

Upon consideration of Fulton Homes Corporation's ("Fulton Homes" or the "Debtor") "Motion to Further Extend Exclusivity Period" ("Motion to Further Extend Exclusivity") the objection thereto filed by Bank of America, N.A. ("BofA") and the arguments of counsel at the hearing regarding the Motion to Further Extend Exclusivity Period held on May 27, 2010 at 2:00 p.m.; it appearing that the Motion to Further Extend Exclusivity has been duly and properly noticed and no other written objections thereto having been filed; and for the reasons stated on the record at the hearing and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

A.   The Motion to Further Extend Exclusivity is hereby GRANTED,

B.   Fulton Homes' exclusive period to confirm a plan, granted to the Debtor pursuant to 11 U.S.C. § 1121, is hereby extended to and including 90 days from the date of this Order.

C.   Fulton Homes may seek a further extension of the exclusivity period by filing a motion to extend such period on or prior to such date.

DATED AND SIGNED ABOVE

2688353.1