**ORDERED ACCORDINGLY.**

Dated: June 24, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Christopher H. Bayley (#010764)
Lori A. Lewis (#019285)
A. Evans O'Brien (#026521)
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: cbayley@swlaw.com
llewis@swlaw.com
eobrien@swlaw.com

Attorneys for Creditor Bank of America N.A., on its own behalf
and as Administrative Agent for JPMorgan Chase Bank, N.A.,
Compass Bank, Wachovia Bank, and Compass Bank as successor
in interest to Guaranty Bank

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| FULTON HOMES CORPORATION, | Case No. 2:09-bk-01298-GBN |
| Debtor. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| | **Related DE(s):** 401 |

Upon the "Motion for Reconsideration by the Ira A. Fulton Family Trust of Order Granting Bank of America's motion to Compel Production of Documents" ("Motion for Reconsideration") [DE #401] filed by the Ira A. Fulton and Mary Lou Fulton Family Trust, a response having been filed by Bank of America N.A., on its own behalf and as Administrative Agent for JPMorgan Chase Bank, N.A., Compass Bank, Wachovia Bank, and Compass Bank as successor in interest to Guaranty Bank, proper notice having been given, a hearing having been held on June 21, 2010, at 2:30 p.m., and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion for Reconsideration is DENIED for the reasons set forth on the record on June 21, 2010.

DATED AND SIGNED ABOVE.

11666823