
Christopher H. Bayley (#010764)
Lori A. Lewis (#019285)
A. Evans O'Brien (#026521)
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: cbayley@swlaw.com
llewis@swlaw.com
eobrien@swlaw.com

Attorneys for Creditor Bank of America N.A., on its own behalf
and as Administrative Agent for JPMorgan Chase Bank, N.A.,
Compass Bank, Wachovia Bank, and Compass Bank as successor
in interest to Guaranty Bank

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| FULTON HOMES CORPORATION, | Case No. 2:09-bk-01298-GBN |
| Debtor. | **ORDER OF CONTEMPT AND FOR SANCTIONS** |
| | **Related DE(s):** 403 |

Upon the "Motion (1) to Find The Ira A. Fulton and Mary Lou Fulton Family Trust in Civil Contempt for Willful Refusal to Comply with Court Order, (2) for Monetary Sanctions, and (3) for an Award of Attorneys' Fees" ("<u>Motion for Contempt</u>") [DE #403] filed by Bank of America N.A., on its own behalf and as Administrative Agent for JPMorgan Chase Bank, N.A., Compass Bank, Wachovia Bank, and Compass Bank as successor in interest to Guaranty Bank (the "Bank Group"), a response having been filed by the Ira A. Fulton and Mary Lou Fulton Family Trust (the "Trust"), a reply filed by the Bank Group, proper notice having been given, a hearing having been held on June 21, 2010, at 2:30 p.m., and good cause appearing therefore as set forth on the record in open court,

11666927

| | |
|---|---|
| 1 | THE COURT FINDS the Trust in contempt of this Court's previous "Order Granting |
| 2 | Motion to Compel Production of Documents" (DE 366). An administrative stay will issue to |
| 3 | allow the Trust to disclose the documents within seven (7) calendar days of the hearing held on |
| 4 | June 21, 2010. |
| 5 | IT IS FURTHER ORDERED that the Trust shall pay for the Bank Group's reasonable |
| 6 | fees and costs incurred in the prosecution of this matter in an amount to be mutually agreed upon |
| 7 | by counsel for the Trust and counsel for the Bank Group, or as further ordered by this Court if |
| 8 | counsel are unable to agree on an appropriate amount. |
| 9 | IT IS FURTHER ORDERED that a daily fine may be imposed by the Court if the Trust |
| 10 | does not produce the documents prior to the expiration of the 7 day administrative stay set herein. |
| 11 | DATED AND SIGNED ABOVE. |

11666927

- 2 -


THE COURT FINDS the Trust in contempt of this Court's previous "Order Granting Motion to Compel Production of Documents" (DE 366). An administrative stay will issue to allow the Trust to disclose the documents within seven (7) calendar days of the hearing held on June 21, 2010.

IT IS FURTHER ORDERED that the Trust shall pay for the Bank Group's reasonable fees and costs incurred in the prosecution of this matter in an amount to be mutually agreed upon by counsel for the Trust and counsel for the Bank Group, or as further ordered by this Court if counsel are unable to agree on an appropriate amount.

IT IS FURTHER ORDERED that a daily fine may be imposed by the Court if the Trust does not produce the documents prior to the expiration of the 7 day administrative stay set herein.

DATED AND SIGNED ABOVE.