# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | FULTON HOMES CORPORATION |
| **Case Number:** | 2:09-bk-01298-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 06, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) HEARING RE: THIRD AMENDED DISCLOSURE STATEMENT.
   **R / M #:** 389 / 0

2) HEARING RE: Motion to Appoint an Examiner Pursuant to 11 U.S.C. Section 1104(c)
   **R / M #:** 369 / 0

3) HEARING RE: MOTION FOR CONTEMPT FOR WILLFUL REFUSAL TO COMPLY WITH COURT ORDER, (2) FOR MONETARY SANCTIONS, AND (3) FOR AN AWARD OF ATTORNEYS FEES AND RESPONSE THERETO FILED BY IRA A. FULTON AND MARY LOU FULTON FAMILY TRUST.
   **R / M #:** 0 / 0
   **VACATED: BY STIPULATION AT DOCKET #407 TO VACATE.**

## Appearances:

MARK W. ROTH, ATTORNEY FOR FULTON HOMES CORPORATION
PHILIP R. RUDD, ATTORNEY FOR FULTON HOMES
CHRISTOPHER H. BAYLEY, ATTORNEY FOR JPMORGAN CHASE BANK, N.A
LORI A LEWIS, ATTORNEY FOR BANK OF AMERICA

## Proceedings:

ITEM #1
THE COURT OFFERS A PRELIMINARY VIEW, REFERRING TO THE LIQUIDATION ANALYSIS.

COUNSEL SUMMARIZE THEIR POSITION.

THE COURT: THE LIQUIDATION ANALYSIS IS REQUIRED. THE COURT WILL SUSTAIN THE OBJECTION AND REQUIRE A MORE IN DEPTH LIQUIDATION ANALYSIS. MR. RUDD HAS AGREED TO HAVE THE AMENDED DISCLOSURE STATEMENT ON FILE BY JULY 16TH. A CONTINUED HEARING WILL BE HELD ON JULY 29, 2010 AT 11:45 A.M.

ITEM #2
THE COURT STATES THAT THIS IS AN UNFORTUNATE MOTION AND ADDS THAT IT DOES NOT SEE THE GROUNDS.

COUNSEL PRESENT AND RECAP THEIR VIEWS. QUESTIONS ARE ANSWERED POSED BY THE COURT.

THE COURT: THE COURT IS INCLINED TO DENY THE MOTION AS TO A DISCRETIONARY APPOINTMENT AND TO GRANT THE MOTION AS TO A MANDATORY APPOINTMENT BUT TO LIMIT THE SCOPE WITH FEES NOT TO EXCEED $50,000.00 AND TO BE PAID BY THE BANK. A CONTINUED HEARING IS ADDED TO THE CALENDAR ON AUGUST 26, 2010 AT 9:30 A.M. AND MAY BE VACATED PURSUANT TO A STIPULATED ORDER.