**IT IS HEREBY DENIED.**

Denied without prejudice as the court will not unilaterally set an evidentiary hearing.

Dated: November 02, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____



Donald L. Gaffney (#005717)
Donald F. Ennis (#025986)
Evans O'Brien (#026521)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: dgaffney@swlaw.com
dfennis@swlaw.com
eobrien@swlaw.com

Attorneys for Creditor Bank of America, N.A., on its own behalf and as administrative agent for JPMorgan Chase Bank, N.A.; Compass Bank, on its own behalf and as successor-in-interest to Guaranty Bank; and Wells Fargo, as successor-in-interest to Wachovia Bank

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| FULTON HOMES CORPORATION, | Case No. 2:09-bk-01298-GBN |
| Debtor. | **ORDER SETTING AN EVIDENTIARY HEARING ON DEBTOR'S CONTESTED EMERGENCY MOTION FOR AN ORDER UNDER SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO ENTER INTO TRANSITION SERVICES AGREEMENT WITH FULTON SALES IN AID OF CONFIRMATION OF DEBTOR'S REORGANIZATION PLAN** |

Upon consideration of the "Motion for Entry of an Order Setting an Evidentiary Hearing on Debtor's Contested Emergency Motion for an Order Under Sections 105(a) and 363 of the Bankruptcy Code Authorizing Debtor to Enter into Transition Services Agreement with Fulton Sales in Aid of Confirmation of Debtor's Reorganization Plan" ("Motion for Evidentiary Hearing") filed by Bank of America, N.A., on its own behalf and as administrative agent for JPMorgan Chase Bank, N.A.; Compass Bank, on its own behalf and as successor-in-interest to

12150535

Guaranty Bank; and Wells Fargo, as successor-in-interest to Wachovia Bank (collectively, "Bank Group") pursuant to Local Bankruptcy Rule 9014-2(b); and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(A)　The Motion for Evidentiary Hearing is GRANTED;

(B)　An evidentiary hearing on the "Emergency Motion for an Order Under Sections 105(a) and 363 of the Bankruptcy Code Authorizing Debtor to Enter into Transition Services Agreement with Fulton Sales in Aid of Confirmation of Debtor's Reorganization Plan" ("Emergency Motion") filed by debtor Fulton Homes Corporation ("Debtor") will be held on _____, **2010 at \_\_:\_\_ \_.m** at 230 North First Avenue, Courtroom 702, 7th Floor, Phoenix, Arizona 85003 (the "Evidentiary Hearing"); and

(C)　The initial hearing on the Emergency Motion currently scheduled for November 8, 2010 at 9:00 a.m. shall be utilized as a Bankruptcy Rule 7016 Scheduling Conference on the Emergency Motion.

**DATED AND SIGNED ABOVE.**

12150535