# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | FULTON HOMES CORPORATION |
| **Case Number:** | 2:09-bk-01298-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 17, 2010 09:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

CONTINUED EVIDENTIARY HEARING ON CONFIRMATION OF THE FOURTH AMENDED PLAN. (FR. 11-08)

**R / M #:**   456 / 0

## Appearances:

SEAN T. CORK, ATTORNEY FOR FULTON HOMES CORPORATION
PHILLIP OLISS, ATTORNEY FOR FULTON HOMES CORPORATION
JESSICA D. GOLDMAN, ATTORNEY FOR FULTON HOMES CORPORATION
STEPHEN M. FAZIO, ATTORNEY FOR FULTON HOMES CORPORATION

DONALD L. GAFFNEY, ATTORNEY FOR BANK OF AMERICA
DONALD F. ENNIS, ATTORNEY FOR JPMORGAN CHASE BANK
MICHAEL CARMEL, ATTORNEY FOR FULTON HOME SALES
DON BIVENS, ATTORNEY FOR BANK GROUP

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:09-bk-01298-GBN            WEDNESDAY, NOVEMBER 17, 2010 09:00 AM

## *Proceedings:*

THE COURT REFERS BACK TO THE HEARING CONDUCTED ON NOVEMBER 8, 2010 AND AN ORDER UPLOADED WITH AN OBJECTION. A WRITTEN ORDER WILL NOT BE NECESSARY.

MR. GAFFNEY INVOKES RULE 615, RELATING TO WITNESSES.

THE EVIDENTIARY HEARING CONTINUES FROM NOVEMBER 8, 2010, WITH THE DEBTOR'S CASE IN CHIEF. MR. GARY GRANT LYONS IS ADMINISTERED THE OATH AND MR. OLISS COMMENCES REDIRECT EXAMINATION. DEBTORS' EXHIBITS #11, #31 ARE OFFERED, MARKED AND ADMITTED.

MR. BIVENS CONDUCTS A BRIEF RE-CROSS EXAMINATION.

THE COURT QUESTIONS MR. LYONS. THE WITNESS IS ALLOWED TO STEP DOWN.

MR. BIVENS SEEKS TO HAVE THE FOLLOWING EXHIBITS ADMITTED: #15 THROUGH #22, ALONG WITH #36 AND #37.

MR. OLISS RESPONDS THAT THE EXHIBITS WILL BE DISCUSSED DURING THE MORNING RECESS.

A MORNING RECESS IS AFFORDED.

MR. NORMAN A. NICHOLLS IS CALLED TO THE STAND AND ADMINISTERED THE OATH. MS. GOLDMAN COMMENCES DIRECT EXAMINATION. JOINT EXHIBIT #14 IS OFFERED, MARKED AND ADMITTED BY STIPULATION.

MR. GAFFNEY CROSS EXAMINES MR. NICHOLLS. THE COURT DIRECTS THAT MR. GAFFNEY EXCEED THE SCOPE OF CROSS EXAMINATION AND ASK ANY QUESTIONS RELEVANT TO THIS MATTER. EXHIBITS #46 AND #70 ARE OFFERED, MARKED AND ADMITTED.

A NOON RECESS IS AFFORDED.

THE HEARING RESUMES WITH MR. GAFFNEY CONTINUING WITH THE CROSS EXAMINATION OF MR. NICHOLLS.

MS. GOLDMAN CONDUCTS REDIRECT EXAMINATION, THE COURT QUESTIONS MR. NICHOLLS AND MR. GAFFNEY CONDUCTS RE-CROSS EXAMINATION. THE WITNESS IS ALLOWED TO STEP DOWN.

THE COURT: BY AGREEMENT, DEBTORS' EXHIBITS #15 THOUGH #22, EXCLUDING #16, AS IT WAS PREVIOUSLY ADMITTED, ALONG WITH #36 AND #37 ARE ADMITTED.

MR. THOMAS EDWARD ABRAHAM IS CALLED AS THE NEXT WITNESS. THE OATH IS ADMINISTERED AND MR. FAZIO COMMENCES DIRECT EXAMINATION.

AN AFTERNOON RECESS IS AFFORDED.

MR. FAZIO CONTINUES WITH THE DIRECT EXAMINATION OF MR. THOMAS EDWARD ABRAHAM.

MR. GAFFNEY CROSS EXAMINES MR. ABRAHAM AND IS DIRECTED BY THE COURT TO EXCEED THE SCOPE OF CROSS EXAMINATION AND ASK ANY RELEVANT QUESTION.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:09-bk-01298-GBN            WEDNESDAY, NOVEMBER 17, 2010 09:00 AM

**THE COURT: IT IS CONFIRMED THAT A HEARING IS SCHEDULED ON DECEMBER 2, 2010 AT 1:00 P.M. ADDITIONAL TIME IS RESERVED FOR JANUARY 5, 2011 AT 9:00 A.M. AND JANUARY 19, 2011 AT 9:00 A.M.**

\* EXHIBITS ARE IN THE COURTROOM \*