**ORDERED ACCORDINGLY.**

Dated: December 01, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Donald L. Gaffney (#005717)
Donald F. Ennis (#025986)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: dgaffney@swlaw.com
dfennis@swlaw.com
ahardenbrook@swlaw.com

Attorneys for Creditor Bank of America, N.A., on its own behalf
and as administrative agent for JPMorgan Chase Bank, N.A.;
Compass Bank, on its own behalf and as successor-in-interest to
Guaranty Bank; and Wells Fargo, as successor-in-interest to
Wachovia Bank

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| FULTON HOMES CORPORATION, | Case No. 2:09-bk-01298-GBN |
| Debtor. | **ORDER GRANTING MOTION FOR ACCELERATED HEARING ON THE BANK GROUP'S EMERGENCY MOTION TO PERMIT TESTIMONY OF THE BANK GROUP'S EXPERT** |

Upon consideration of that certain *Motion for Accelerated Hearing on the Bank Group's Emergency Motion to Permit Testimony of the Bank Group's Expert* ("Motion to Accelerate") filed Bank of America, N.A., on its own behalf and as administrative agent for JPMorgan Chase Bank, N.A.; Compass Bank, on its own behalf and as successor-in-interest to Guaranty Bank; and Wells Fargo, as successor-in-interest to Wachovia Bank (collectively, the "Bank Group"), and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(A) The Motion to Accelerate is GRANTED;

1     (B)     A hearing on the *Emergency Motion to Permit Testimony of The Bank Group's Expert* will be held on **December 2, 2010 at 1:00 p.m.** at 230 North First Avenue, Courtroom 702, 7th Floor, Phoenix, Arizona 85003; and

    (C)     The Bank Group shall serve this Order on Debtor's counsel by electronic mail as soon as practicable following the Court's entry of this Order.

**DATED AND SIGNED ABOVE.**