# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

    **Debtor:** FULTON HOMES CORPORATION
    **Case Number:** 2:09-bk-01298-GBN     **Chapter:** 11
    **Date / Time / Room:** FRIDAY, DECEMBER 03, 2010 09:00 AM    7TH FLOOR #702
    **Bankruptcy Judge:** GEORGE B. NIELSEN
    **Courtroom Clerk:** JAN HERNANDEZ
    **Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

CONTINUED EVIDENTIARY HEARING ON CONFIRMATION OF THE FOURTH AMENDED PLAN. (FR. 11-08 11-17, 12-02)

**R / M #:** 525 / 0

## Appearances:

    M. BRENNAN RAY, ATTORNEY FOR FULTON HOMES CORPORATION
    STPEHEN FAZIO, ATTORNEY FOR FULTON HOME CORPORATION
    CRAIG D. HANSEN, ATTORNEY FOR FULTON HOME CORPORATION
    PHILIP M. OLISS, ATTORNEY FOR FULTON HOMES CORPORATION
    DONALD L. GAFFNEY, ATTORNEY FOR BANK OF AMERICA N.A
    MICHAEL W. CARMEL, ATTORNEY FOR FULTON HOMES SALES CORPORATION

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:09-bk-01298-GBN       FRIDAY, DECEMBER 03, 2010 09:00 AM

## *Proceedings:*

THE COURT CONFIRMS THERE ARE NO PRE-HEARING MATTERS TO ADDRESS.

MR. OLISS CALLS MS. TAMARA FREDERICK.  THE OATH IS ADMINISTERED AND THE DIRECT EXAMINATION CONTINUES FROM DECEMBER 2, 2010.

SHORTLY PAST 10:00 A.M., A WITNESS OF THE BANK GROUP, IS CALLED OUT OF ORDER.  MR. JOHN DOUGLAS MADDOX IS ADMINISTERED THE OATH AND MR. GAFFNEY COMMENCES DIRECT EXAMINATION.

MS. JESSICA GOLDMAN CROSS EXAMINES MR. MADDOX.

MR. GAFFNEY CONDUCTS REDIRECT EXAMINATION.  THE WITNESS IS EXCUSED.

A MORNING RECESS IS AFFORDED.

THE TRIAL RESUMES WITH MR. OLISS CONTINUING WITH THE DIRECT EXAMINATION OF MS. TAMARA FREDERICK.

MR. CARMEL ADDITIONALLY EXAMINES MS. FREDERICK.

MR. GAFFNEY CROSS EXAMINES MS. FREDERICK.  THE COURT ADVISES MR. GAFFNEY TO EXCEED THE SCOPE OF CROSS EXAMINATION AND ASK ANY QUESTIONS.

THE COURT EXAMINES AND SPEAKS TO MS. FREDERICK.

MR. GAFFNEY DISCUSSES OPTIONS OF SETTLEMENT AND AGREED UPON CONCEPTS.  IT IS SUGGESTED TO ADJOURN THIS HEARING TO ALLOW AN OPPORTUNITY TO WORK ON A PROPOSAL.

THE COURT ADVISES THAT IT DOES AGREE WITH MS. FREDERICK THAT THIS IS TAKING TOO LONG AN COSTING TOO MUCH.

MR. OLISS RESPONDS THAT THEY ARE PREPARED TO REST THEIR CASE AND PROCEED ON TRACK.

A NOON RECESS IS AFFORDED.

MR. HANSEN AGREES WITH MR. GAFFNEY TO ADJOURN THE HEARING TODAY AND START THE PROPOSAL PROCESS.  IT IS ASSURED THAT COUNSEL WILL TALK OVER THE WEEKEND.

MR. GAFFNEY REITERATES THAT SOME CREATIVE IDEAS HAVE BEEN EXCHANGED.

**THE COURT:  THE REQUEST TO CONTINUE IS GRANTED.  THE NEXT SCHEDULED TRIAL DAY IS JANUARY 5, 2011 AT 9:00 A.M.**