Donald L. Gaffney (#005717)
Donald F. Ennis (#025986)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone:    (602) 382-6000
Facsimile:    (602) 382-6070
E-mail:       dgaffney@swlaw.com
              dfennis@swlaw.com
              ahardenbrook@swlaw.com

Attorneys for Creditor Bank of America, N.A., on its own
behalf and as administrative agent for JPMorgan Chase
Bank, N.A.; Compass Bank, on its own behalf and as
successor-in-interest to Guaranty Bank; and Wells Fargo, as
successor-in-interest to Wachovia Bank

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FULTON HOMES CORPORATION,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-01298-GBN<br><br>**BANK GROUP'S RESPONSE TO DEBTOR'S EMERGENCY MOTION TO: (1) SUPPLEMENT PLAN TO ADDRESS COURT COMMENTS RAISED AT PLAN CONFIRMATION HEARING; AND (2) FILE RELATED INFORMATION UNDER SEAL**<br><br>Date:        January 26, 2011<br>Time:        9:00 a.m.<br>Location:    230 N. First Ave.<br>             7th Floor, Courtroom 702<br>             Phoenix, AZ  85003<br><br>Related DE(s):  746 |

Creditor Bank of America, N.A., on its own behalf and as administrative agent for

JPMorgan Chase Bank, N.A.; Compass Bank, on its own behalf and as successor-in-

interest to Guaranty Bank; and Wells Fargo, as successor-in-interest to Wachovia Bank

Snell & Wilmer
⎯⎯ L.L.P. ⎯⎯
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

(the "Bank Group"), hereby files this response to that certain *Emergency Motion to: (1) Supplement Plan to Address Court Comments Raised at Plan Confirmation Hearing; and (2) File Related Information Under Seal* ("Motion to Supplement Plan", D.E. 746) filed by Debtor Fulton Homes Corporation ("Debtor"). In the Motion to Supplement Plan, Debtor seeks, among other things, to supplement and modify its Fourth Amended Plan (as defined below). An emergency hearing on the Motion to Supplement Plan has been set for January 26, 2011. The Bank Group does not object to the Debtor's modification of its Fourth Amended Plan during the pending confirmation hearings, but rather files this response to, among other things, reserve any and all of the Bank Group's rights to address at the appropriate time in this proceeding the legal issues raised by these most recent modifications and supplements to Debtor's Fourth Amended Plan. In support hereof, the Bank Group states as follows:

**I.**

**RELEVANT FACTUAL BACKGROUND**

1.      On January 27, 2009 ("Petition Date"), Debtor commenced this case by filing its Voluntary Petition for relief.

2.      On August 20, 2010, Debtor filed its "*Fourth Amended Plan of Reorganization*" (Debtor's Fourth Amended Plan", D.E. 456).

3.      Through subsequent filings, Debtor has filed several modifications, supplements and/or amendments to its Fourth Amended Plan, including, but not limited to: (i) the revised and clean versions of the plan filed September 15, 2010 (D.E. 504 and 505); (ii) an emergency motion to supplement the disclosure statement to reflect modifications to the plan (D.E. 543); (iii) the motion to approve the Transition Services Agreement ("TSA") with Fulton Homes Sales Corporation ("Fulton Sales") (D.E. 592); (iv) Debtor's trial brief in support of its plan (D.E. 651); and, most recently, (v) the Motion to Supplement Plan (D.E. 746).

12495053

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

4.     On September 28, 2010, the Bank Group filed the "*Creditors' Plan of Reorganization Dated September 28, 2010*" ("Bank Group's Original Plan", D.E. 525).

5.     The plan confirmation hearings on Debtor's Fourth Amended Plan, as modified and supplemented from time to time, began on November 8, 2010.

6.     During a continued confirmation hearing on December 3, 2010, the Court described different elements in the Debtor's Fourth Amended Plan and in the Bank Group's Original Plan that it found troubling.

7.     To address the Court's concerns with the Bank Group's Original Plan, the Bank Group filed on January 14, 2011 the "*Creditors' First Amended Plan of Reorganization Dated January 14, 2011*" ("Bank Group's First Amended Plan", D.E. 745) as well as an amended Credit Agreement to accompany the Bank Group's First Amended Plan (D.E. No. 745, Ex. C).

8.     Likewise, on January 14, 2011, Debtor filed its Motion to Supplement Plan purportedly to address the Court's concerns with the Debtor's Fourth Amended Plan.  On the same day, the Court entered an order setting an emergency hearing on Debtor's Motion to Supplement Plan for January 26, 2011.  (D.E. 767.)

9.     To date, the Court has not formally set a specific date to begin confirmation hearings on the Bank Group's First Amended Plan.

## II.

## LEGAL ARGUMENT

Pursuant to § 1127, a plan proponent "may modify such plan at any time before confirmation, but may not so modify such plan so that such plan as modified fails to meet the requirements of sections 1122 and 1123 of this title."   11 U.S.C. § 1127(a). Bankruptcy Rule 3019 further provides that "after a plan has been accepted and before its confirmation, the proponent may file a modification of the plan."  Fed. R. Bankr. P. 3019(a).  If the court finds after a hearing that "the proposed modification does not

Snell & Wilmer

L.L.P.

LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

adversely change the treatment of the claim of any creditor or the interest of any equity security holder who has not accepted in writing the modification, it shall be deemed accepted by all creditors and equity security holders who have previously accepted the plan." Fed. R. Bankr. P. 3019(a).

Debtor's Motion to Supplement Plan proposes three modifications to Debtor's Fourth Amended Plan. In brief, these modifications include: an express provision relating to a helicopter, a modification of the proposed distributions to shareholders, and a change in officer and director compensation. (Motion to Supplement, pp. 6-8.) As set forth above, the Bank Group does not object to the Debtor's right to supplement or modify its Fourth Amended Plan prior to confirmation. In fact, the Bank Group itself modified the Bank Group's Original Plan on the same day that Debtor filed its Motion to Supplement Plan. Nevertheless, the Bank Group requires sufficient time to review and analyze the legal issues and implications raised by the modifications and supplements contained in the Motion to Supplement Plan. As such, the Bank Group reserves any and all of its rights to address those legal issues at the appropriate stage in this proceeding, including, without limitation: (i) whether Debtor's modifications and supplements mandate re-solicitation of the Debtor's Fourth Amended Plan and (ii) how the modifications and supplements affect whether Debtor's Fourth Amended Plan is confirmable under 11 U.S.C. § 1129.

**III.**

**CONCLUSION**

WHEREFORE, based on the foregoing, the Bank Group reserves any and all of its rights to address the legal issues raised by the modifications and supplements to the Debtor's Fourth Amended Plan contained in the Motion to Supplement Plan at the appropriate stage in this proceeding.

12495053

RESPECTFULLY SUBMITTED, this 25th day of January, 2011.

SNELL & WILMER L.L.P.

By:/s/  AVH (#025518)
Donald L. Gaffney
Donald F. Ennis
Andrew V. Hardenbrook
One Arizona Center, 400 E. Van Buren
Phoenix, AZ  85004-2202
Attorneys for Creditor Bank of America, N.A., on its own behalf and as administrative agent for JPMorgan Chase Bank, N.A.; Compass Bank, on its own behalf and as successor-in-interest to Guaranty Bank; and Wells Fargo, as successor-in-interest to Wachovia Bank

Copy of the foregoing served by electronic notification this 25th day of January, 2011, to:

Craig D. Hansen
Sean T. Cork
Kelly Singer
SQUIRE SANDERS & DEMPSEY L.L.P.
1 East Washington, Suite 2700
Phoenix, AZ 85004
chansen@ssd.com
scork@ssd.com
ksinger@ssd.com

Michael W. Carmel
Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, AZ 85012-2334
michael@mcarmellaw.com


/s/  Jennette Golder

12495053