ORDERED ACCORDINGLY.

Dated: March 04, 2011

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FULTON HOMES CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 2:09-bk-1298-GBN<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE HEARINGS SET FOR MARCH 7, 2011 REGARDING CONFIRMATION OF DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION AND RELATED MATTERS**<br><br>Hearing Date:<br>Hearing Time: |

On the *Second Stipulated Motion To Continue Hearings Set for March 7, 2011 Regarding Confirmation of Debtor's Fourth Amended Plan of Reorganization and Related Matters*, dated March 4, 2011, (the "**Motion**"), filed by the above-captioned debtor (the "**Debtor**") and Bank of America, N.A., on its own behalf and as administrative agent for JPMorgan Chase Bank, N.A., Compass Bank, on its own behalf and as successor-in-interest to Guaranty Bank, and Wells Fargo, as successor-in-interest to Wachovia Bank (the "**Bank Group**"), seeking to continue, subject to the Court's calendar, the hearings currently scheduled for March 7, 2011, at 9:00 a.m. concerning: (1) confirmation of the *Debtor's Fourth Amended Plan of Reorganization* (the

"**Debtor's Plan**") [D.E. # 504]; (2) the *Debtors Emergency Motion To Strike Cynthia Nelson As Witness For The Bank Group* (the "**Motion to Strike**") [D.E. # 753]; (3) the *Debtor's Emergency Motion to: (1) Supplement Plan to Address Court Comments Raised at Plan Confirmation Hearing; and (2) File Related Information Under Seal* (the "**Motion to Supplement Debtors' Plan**") [DE # 746]; and (4) the *Debtor's Motion To: (1) Limit Confirmation Hearings on Debtor's Fourth Plan of Reorganization; (2) Schedule Oral Argument; and (3) Issue Ruling on Debtor's Fourth Amended Plan* (the "**Motion to Limit**") [D.E. # 757], to March 10, 2011, this Court finds that: (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) venue of this matter is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C. § 157; and (iv) cause exists for the relief requested in the Motion. Accordingly,

IT IS ORDERED that:

1. The Motion is GRANTED.

2. The hearings in this case currently scheduled for March 7, 2011 at 9:00 a.m. concerning the Debtor's Plan, the Motion to Strike, the Motion to Supplement Debtor's Plan, and the Motion to Limit are continued to March 10, 2011 at 10:30 a.m. The continued hearing shall be a status hearing only with respect to these matters.

**DATED AND SIGNED ABOVE.**