# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** FULTON HOMES CORPORATION
**Case Number:** 2:09-bk-01298-GBN  **Chapter:** 11
**Date / Time / Room:** THURSDAY, MARCH 10, 2011 10:30 AM  7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** JO-ANN STAWARSKI

## Matters:

1) HEARING RE: MOTION TO REJECT OPTION AGREEMENTS BETWEEN DEBTOR AND FULTON HOMES SALES CORPORATION.(RESET FR. 02-01 & 03-04)
   **R / M #:** 731 / 0

2) HEARING RE: EMERGENCY MOTION FOR ENTRY OF AN ORDER (1) SETTING AN EVIDENTIARY HEARING ON THE DEBTOR'S MOTION TO REJECT OPTION AGREEMENTS BETWEEN DEBTOR AND FULTON HOMES SALES CORPORATION, AND (2) ESTABLISHING A DISCOVERY AND BRIEFING SCHEDULE.(RESET 02-01)
   **R / M #:** 781 / 0

3) * ADDENDUM * STATUS HEARING ON CONFIRMATION OF THE FOURTH AMENDED PLAN. (FR. 11-08 & 11-18, 01-5, 01-19 & 01-26)(RESET FR. 02-02 & 03-07)
   **R / M #:** 456 / 0

4) * ADDENDUM * STATUS HEARING ON MOTION TO: (1) SUPPLEMENT PLAN TO ADDRESS COURT COMMENTS RAISED AT PLAN CONFIRMATION HEARING; AND (2) FILE RELATED INFORMATION UNDER SEAL. (FR. 01-26)(RESET FR. 02-02 & 03-07)
   **R / M #:** 748 / 0

5) * ADDENDUM * STATUS HEARING RE: DEBTOR'S MOTION TO: (1) LIMIT CONFIRMATION HEARINGS ON DEBTOR'S FOURTH PLAN OF REORGANIZATION; (2) SCHEDULE ORAL ARGUMENT; AND (3) ISSUE RULING ON DEBTOR'S FOURTH AMENDED PLAN.(FR. 01-26)(RESET FR. 02-02 & 03-07)
   **R / M #:** 757 / 0

## Appearances:

SEAN T. CORK, ATTORNEY FOR FULTON HOMES CORPORATION
CRAIG HANSEN, ATTORNEY FOR FULTON HOMES CORPORATION
DONALD L. GAFFNEY, ATTORNEY FOR BANK OF AMERICA
DONALD F. ENNIS, ATTORNEY FOR BANK OF AMERICA
MICHAEL W. CARMEL, ATTORNEY FOR FULTON HOME SALES

## Proceedings:

ITEM #1 THROUGH #5
Mr. Hansen reviews the matters before the court, advising that there have been positive and numerous developments. Reference is made to the Friday order and also global arrangements for a restructuring. There is now an extensive term sheet, which is hoped to be filed with the court.

A discussion ensues regarding future hearings to be set and Mr. Gaffney is in agreement with Mr. Hansen, understanding that the debtor will do a plan modification, only as to their class.

**THE COURT: A CHAPTER 11 STATUS HEARING WILL BE CONDUCTED ON MARCH 29, 2011 AT 9:00 A.M.**