**ORDERED ACCORDINGLY.**



**Dated: April 26, 2011**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

```
In re:                           )    Chapter 11
                                 )
FULTON HOMES CORPORATION,        )    Case No. 2:09-01298-GBN
                                 )
              Debtor.            )    ORDER
_____)
```

All aspects of the plan confirmation issues between the debtor in possession and the Bank of America as agent are hereby referred to the Circuit Mediation Office of the Ninth Circuit Court of Appeals for mediation. An order scheduling both a conference call between all counsel and the mediator and a mediation session will subsequently issue promptly. The mediation proceedings will be conducted at the Sandra Day O'Connor United States District Courthouse, the United States Bankruptcy Courthouse, or some other location in Phoenix, Arizona or San Francisco, California at the election of the mediator.

Copies of all future motions or pleadings that relate to this mediation are to be sent to ca09_Mediation@ca9.uscourts.gov. Information about the Ninth Circuit Mediation Program can be found at www.ca9.uscourts.gov.

ORDERED ACCORDINGLY.

```
 1

 2   Copies emailed this 26th day
     of April, 2011, to:
 3
     Craig D. Hansen
 4   SQUIRE, SANDERS & DEMPSEY L.L.P.
     1 E. Washington Street
 5   Suite 2700
     Phoenix, AZ 85004
 6   Email: chansen@ssd.com
     Attorney for Debtor
 7

 8   Donald L. Gaffney
     SNELL & WILMER L.L.P.
 9   One Arizona Center
     400 E. Van Buren
10   Phoenix, AZ 85004-2202
     Email: dgaffney@swlaw.com
11   Attorney for The Bank Group

12   Michael W. Carmel
     MICHAEL W. CARMEL, LTD.
13   80 E. Columbus Avenue
     Phoenix, AZ 85012-2334
14   Email: Michael@mcarmellaw.com
     Attorney for Fulton Homes Sales Corporation
15
     Larry Lee Watson
16   OFFICE OF THE U.S. TRUSTEE
     230 N. First Avenue
17   Suite 204
     Phoenix, AZ 85003-1706
18   Email: larry.watson@usdoj.gov

19   By:/s/Rachael M. Stapleton
            Judicial Assistant
20

21

22

23

24

25

26

27

28                                  2
```